**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO  DIVISION

| | | |
|---|---|---|
| BRANDY PENDER | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:08CV00171   SWW |
| MARKED TREE ARKANSAS, ET AL. | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

**ORDER**

Before the Court is Defendants' motion for a continuance.  Defendants state that,

although the discovery deadline has not expired, the parties agree that more time is needed for

discovery and dispositive motions, and a continuance of the trial date is necessary.   The Court

will continue the trial date and extend the deadline for dispositive motions.  As for the discovery

deadline, the Court's final scheduling order (docket entry #13) states:  "Parties may conduct

discovery beyond [the discovery deadline established by the Court] if all parties are in agreement

to do so; *however, the Court will not be available to resolve any disputes which arise during the*

*course of this extended discovery*."  The parties may  agree to extend the discovery deadline in

accordance  with the foregoing provision.

IT IS THEREFORE ORDERED that Defendants' motion for a continuance (docket entry

#14) is GRANTED as provided in this order.  A new trial date and dispositive motions deadline

will be set by separate order.

IT IS SO ORDERED THIS 21ST  DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE