IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDY PENDER

vs.                          NO. 3:08CV00171 SWW

CITY OF MARKED TREE, ET AL

**ORDER**

Before the Court is a joint motion for a continuance of the trial [doc #19] in the above matter previously scheduled for April 19, 2010. The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

The trial of this matter is rescheduled for trial to a jury during the week beginning **MONDAY, OCTOBER 18, 2010,** commencing at *1:30 p.m.*, *in JONESBORO*, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter. The deadline for the completion of discovery is extended to *May 18, 2010*, and all motions are to be filed no later than *June 21, 2010.* Pretrial disclosure sheets shall be filed by *September 20, 2010.*

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 24th day of February 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE