**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRANDY PENDER, ADMINISTRATRIX** ) | | |
| **OF THE ESTATE OF ROGER DALE** ) | | |
| **WHITEHEAD, Sr. DECEASED,** ) | | **PLAINTIFF** |
| ) | | |
| **vs.** ) | | **3:08 CV 00171 SWW** |
| ) | | |
| **CITY OF MARKED TREE,** ) | | |
| **MARKED TREE POLICE DEPARTMENT** ) | | **DEFENDANTS** |

**VOLUNTARY ORDER DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)**

NOW on this 27th day of July, 2010, comes before the Court the above referenced matter by motion of the Plaintiff to Voluntary Dismiss this case.

1. The Court being well and sufficiently advised finds that, pursuant to F.R.C.P. 41(a), the above referenced matter is hereby voluntarily dismissed by the Plaintiff.

**IT IS SO ORDERED.**

/s/Susan Webber Wright
United States District Judge

Date Entered: 7/27/2010